# COMPLAINT
(for non-prisoner filers without lawyers)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 NOV -5 P 12: 14
CLERK OF COURT

(Full name of plaintiff(s))

Bennie M. Galloway

v.

(Full name of defendant(s))

Mother of Good Counsel
(Michelle Hagen) Principle) (Priest Reed)
Kristine Wolf, Katie Berthold, Judy Gusterfer

Case Number:

**25-C 1726**

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __United States__ and resides at
(State)

__4609 N. 44 Street Milwaukee, WI 53218__
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
(Name)

Complaint – 1

is (if a person or private corporation) a citizen of ~~the~~ United States
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Mother of Good Counsel 3001 N. 68 St, Milw, WI 53210
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

---

Michelle Hagen → racial discrimination she let the caucasions lady Judy Gustofer be out sick for days and when I asked Judy to bring in a Dr. release. when she retured Judy told Michelle and michelle who is the principle called me to the office and told me Judy G. did not have to have an excuse and they dont do that. but when I took sick and had to be hospitalize for 4 days I went in on sunday Aug. 24, 2025 I came home on thursday Aug 28, 2025 with a release to go back to work ~~on~~ from my doctor Michelle told me that I need a doctors excuse with restrictions. I got the restrictions and she wanted more

Complaint – 2

continue → before her and Priest Reed let me come back to work and I am a cancer patient going through chemo she then added more hours to my work day. The program that I was over was a before and after school program as a director. I used to work from 6:30 am to 9:30 am and 2pm to 5pm or 6pm M-F. She changed my time to 10:00 am to 6pm M-F which was a stessful day because my body was so tired from the chemo. Everytime I tried to put anything in place for my staff if they didn't like it or want to do it she would cancel it out. They put me under a tremendous amount of mental stress as well as discrimanation. I was the only african American in my department until I hired a young lady who was African American and Judy G. and Julie B. began to ask questions on the new hire who name was tiara wright they wanted to know how much she made an hour. those two ladies was trying to break open the File Cabinet to the information about Tiara Wright. Michelle had tiara pay rate and asked me why did I set her pay for the amount that I set it and I told her it was because of her Experience and level and I didn't hire to other two ladies I didn't know what their pay rate was until all of this happen. Priest Reed was over me but he let michelle have all the power even though he was told what was happening. Kristine Wolf had Katie Birthold to enitial my enitials on legal documents without my permission when I asked her why nothing happend I was under so much stress I was forced to resign from my job

Complaint – 3

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Monetary compensation in the amount of 2 million dollars ~~of After~~ tax, court fees and lawyer fees. and jail time (criminal charges)

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 5th day of November 20 25.

Respectfully Submitted,

*Bennie Galloway*
Signature of Plaintiff

414-750-9179
Plaintiff's Telephone Number

benniegalloway@yahoo.com
Plaintiff's Email Address

4609 N. 44th Street
Milwaukee, WI 53218
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint. (don't have a job) (cancer patient)

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:25-cv-01726-PP   Filed 11/05/25   Page 5 of 5   Document 1